ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
Email:  robert@kensingtonhartnett.com
**KENSINGTON HARTNETT**
10120 S Eastern Ave, Suite 201
Henderson, NV 89052
Telephone: (702) 617-3200
Facsimile: (702) 614-0647
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CIRAS, LLC,<br>                    Plaintiff;<br><br>v.<br><br>R. WAYNE ZIEGLER, an individual; and CARSON VALLEY GARDEN & RANCH CENTER, LLC, a Nevada limited-liability company;<br><br>                    Defendants. | CASE NO. 10-cv-02019 |

### ORDER GRANTING DEFAULT JUDGMENT

Defendants R. Wayne Ziegler and Carson Valley Garden & Ranch Center, LLC have failed to appear, plead or otherwise defend in this action. Default was entered on January 4, 2011, and counsel for Plaintiff has requested judgment against the defaulted Defendants. Counsel for Plaintiff has filed a proper Motion for Default Judgment ("Motion") and Affidavit in accordance with Federal Rule of Civil Procedure 55(a) and 55(b).

The Court, having reviewed the Motion, and having considered the pleadings and papers on file in this case, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED in full.

2. Judgment is hereby entered in favor of Plaintiff CIRAS, LLC and against Defendants R. Wayne Ziegler and Carson Valley Garden & Ranch Center, LLC.

3. Defendants Carson Valley Garden & Ranch Center, LLC and R. Wayne Ziegler are jointly and severally liable to Plaintiff for the amount sought on Note 1 by Plaintiff in the Motion, namely **$173,084.37** (the "*Award on Guaranteed Note 1*"), with post-judgment interest to accrue on the Award on Guaranteed Note 1 at the default interest rate of 11.75% per annum until judgment is satisfied in full. The components of the Award on Guaranteed Note 1 are:

| | |
|---|---|
| Principal, Note #1 | $148,526.61 |
| Interest, Note #1 | $22,008.76 |
| Attorney's Fees | $2,549.00 |
| **GRAND TOTAL** | **$173,084.37** |

4. In addition, Defendant R. Wayne Ziegler is liable to Plaintiff for the amount sought on Note 2 by Plaintiff in the Motion, namely **$58,318.79** (the "*Award on Note 2*"), with post-judgment interest to accrue on the Award on Note 2 at the default interest rate of 13.5% per annum until judgment is satisfied in full. The components of the Award on Note 2 are:

| | |
|---|---|
| Principal, Note #2 | $49,453.20 |
| Interest, Note #2 | $8,493.59 |
| Late Fees | $372.00 |
| **GRAND TOTAL** | **$58,318.79** |

5. This order constitutes FINAL JUDGMENT in this case. All scheduled hearings are hereby VACATED.

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED:  January 11, 2011