ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
Email: robert@kensingtonhartnett.com
**KENSINGTON HARTNETT**
10120 S Eastern Ave, Suite 201
Henderson, NV 89052
Telephone: (702) 617-3200
Facsimile: (702) 614-0647
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CIRAS, LLC,<br><br>　　　　　Plaintiff;<br><br>v.<br><br>R. WAYNE ZIEGLER, an individual; and CARSON VALLEY GARDEN & RANCH CENTER, LLC, a Nevada limited-liability company;<br><br>　　　　　Defendants. | CASE NO. 10-cv-02019 |

STATE OF WEST VIRGINIA　　)
　　　　　　　　　　　　　　) ss.
COUNTY OF GREENBRIER　　　)

### AFFIDAVIT IN SUPPORT OF EX PARTE MOTION TO SELL PERISHABLE PROPERTY AND FOR ORDER SHORTENING TIME

MICHAEL O'DELL, being first duly sworn, deposes and says:

1. I am an account officer for Kevin W. Harper Investments, the servicer for Plaintiff CIRAS, LLC in the above-titled action.

2. I have knowledge of and am competent to testify to the matters stated herein except to those matters stated on information and belief, and as to those matters, I believe them to be true.

-1-

3. The inventory sheet for the items seized on April 2 and April 6, 2011 included several hundred high maintenance trees.

4. I believe that good cause is warranted because this matter could take substantial time to resolve and the trees are perishable products and they are expensive to maintain.

5. The cost to maintain these trees in sellable condition is approximately $75 per day in watering costs which has been paid every day since the first seizure on April 2, 2011.

6. The cost to store these trees is approximately $400/month in storage fees.

7. The Department of Agriculture has contacted our storage facility and informed them that in order to continue storing these trees they may have to obtain a nursery license which costs $120.

8. We agree to hold the sale proceeds in trust until the seizure issue is resolved.

I, MICHAEL O'DELL, hereby certify that to the best of my knowledge, information, and belief that the assertions of this affidavit are true.

_____
MICHAEL O'DELL
Authorized representative of CIRAS, LLC

**ACKNOWLEDGEMENT:**

This instrument was acknowledged before me on April 12, 2011 by Michael O'Dell.

_Rhonda Harper_
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
RHONDA HARPER
511 CADLE RIDGE ROAD
GRASSY MEADOWS, WV 24943
My commission expires July 25, 2018