ROBERT E. ATKINSON, ESQ.
Nevada Bar No. 9958
Email: robert@kensingtonhartnett.com
**KENSINGTON HARTNETT**
10120 S Eastern Ave, Suite 201
Henderson, NV 89052
Telephone: (702) 617-3200
Facsimile: (702) 614-0647
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRAS, LLC,<br><br>           Plaintiff;<br><br>v.<br><br>R. WAYNE ZIEGLER, an individual; and CARSON VALLEY GARDEN & RANCH CENTER, LLC, a Nevada limited-liability company;<br><br>           Defendants. | CASE NO. 10-cv-02019<br><br>**ORDER GRANTING MOTION FOR ORDER SHORTENING TIME** |

      The Court, having considered the Motion for Order Shortening Time (DE #41), the Motion to Sell Perishable Property (DE #40), the corresponding Affidavit of Michael O'Dell, and the pleadings and papers on file in this case, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

    1.    The Motion for Order Shortening Time is GRANTED;

    2.    The hearing on the Motion to Sell Perishable Property shall commence on April 14, 2011 at 10:00 a.m. in LV Courtroom 6C before Chief Judge Roger L. Hunt.  As with other matters coming on for hearing on that date, Defendants may appear via video conference from Meeting Room A of the Bruce R. Thompson United States Courthouse, 400 South Virginia Street, Reno, Nevada, 89501.

    3.    Opposition to the Motion to Sell may be made prior to or at the hearing.

**IT IS SO ORDERED.**

_____

U.S. DISTRICT JUDGE

DATED: