**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CIRAS, LLC,<br>          Plaintiff;<br><br>v.<br><br>R. WAYNE ZIEGLER, an individual; and CARSON VALLEY GARDEN & RANCH CENTER, LLC, a Nevada limited-liability company;<br><br>          Defendants. | CASE NO. 2:10-cv-2019-RLH-RJJ |

### ORDER GRANTING PLAINTIFF'S MOTION TO SELL PERISHABLE PROPERTY

The Court, having considered the Motion to Sell Remaining Property, the Affidavit of Michael O'Dell in Support of the Motion to Sell Remaining Property ("O'Dell Afft."), and the pleadings and papers on file in this case, and good cause appearing therefore,

-1-

**IT IS HEREBY ORDERED:**

1. The Motion to Sell Remaining Property is GRANTED in full;
2. Plaintiff is authorized to sell the remaining property seized from Defendant CVGR on April 2 and 6, 2011;
3. Sale may be made via bulk sale, or sale of individual pieces, or any combination thereof;
4. Written notice of the time and place of sale shall be posted in three or more public places at the township or city where the sale is to take place, not less than 5 or more than 10 days before the sale.
5. Proceeds from the sale shall be deposited with the Clerk of Court until resolution of the appeal.

**IT IS SO ORDERED.**

_Roger L. Hunt_
U.S. DISTRICT JUDGE

DATED: January 31, 2012